No. 76–6969.  SANCHEZ ET AL. *v.* CARIBBEAN CARRIERS, LTD., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 76–6970.  DAVIS *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 76–6971.  SANDS *v.* HOPPER, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 76–6972.  SCOTT *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 76–6975.  McDOWELL *v.* MORRIS.  Super. Ct. Pa. Certiorari denied.

No. 76–6976.  ROSENBAUM *v.* ARIZONA.  Ct. App. Ariz. Certiorari denied.

No. 76–6980.  LONGORIA-CASTENADA *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 8th Cir.  Certiorari denied.

No. 76–6984.  WHITE *v.* LEFEVRE, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 76–6991.  MASON *v.* GRAY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 76–6992.  SWANN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76–6993.  GALBO *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 76–6994.  RAMSEY *v.* UNITED STATES;
No. 77–5037.  GREEN *v.* UNITED STATES; and
No. 77–5185.  WESLEY *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  Reported below: 562 F. 2d 1345.